# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

CRYSTAL CHAPMAN, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff,

vs.

EXACT CARE PHARMACY, LLC,

        Defendant.

Case No. 1:21-cv-01639-CAB

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Civil Rule 83.5(h), Plaintiff Crystal Chapman respectfully moves for the *pro hac vice* admission of her attorney Avi R. Kaufman, Kaufman P.A., 400 NW 26th St., Miami, FL 33127, telephone: (305) 469-5881, email: avi@kaufmanpa.com.

Mr. Kaufman is a member of the Florida Bar and was admitted on September 22, 20210. His bar member number 84382. A certificate of good standing is attached hereto. Mr. Kaufman has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Dated: November 16, 2021        Respectfully submitted,

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*/s/Brian T. Giles*
Brian T. Giles (0072806)
The Law Offices of Brian T. Giles
1470 Apple Hill Road
Cincinnati, Ohio 45230
Telephone:  (513) 379-2715
Brian@GilesFirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically on November 16, 2021 with the United States District Court for the Northern District of Ohio. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all parties may access this filing through that system.

*/s/Brian T. Giles*
Brian T. Giles (0072806)