# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CRYSTAL CHAPMAN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXACT CARE PHARMACY, LLC,<br><br>Defendant. | Case No. 1:21-cv-01639-CAB |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Civil Rule 83.5(h), Plaintiff Crystal Chapman respectfully moves for the *pro hac vice* admission of her attorney Anthony Paronich, Paronich Law, P.C., 350 Lincoln Street, Suite 2400, Hingham, MA 02043, anthony@paronichlaw.com, (617) 485-0018.

Mr. Paronich is a member of the Massachusetts Bar and was admitted on November 23, 2010. His bar member number 678437. A certificate of good standing is attached hereto. Mr. Paronich has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Dated: January 11, 2022            By: *s/ Brian T. Giles*
                Brian T. Giles (0072806)
                The Law Offices of Brian T. Giles LLC
                1470 Apple Hill Rd.
                Cincinnati, Ohio 45230
                Telephone: (513) 379-2715
                Brian@GilesFirm.com

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100