# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CRYSTAL CHAPMAN, individually and on behalf of a class of all persons and entities similarly situated | ) ) ) ) | CASE NO. 1:21-cv-01639-CAB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| EXACT CARE PHARMACY, LLC, | ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff files this Stipulation of Dismissal with prejudice regarding this matter pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear their own costs.

Dated: August 5, 2022          PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


DEFENDANT EXACT CARE PHARMACY, LLC,

By:

/s/ *Colleen M. O'Neil*
Colleen M. O'Neil (0066576)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114

(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
coneil@calfee.com

John F. Fisher (0085455)
Gretchen L. Whaling (0096780)
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 621-1500 (Phone)
 (614) 621-0010 (Fax)
jfisher@calfee.com
gwhaling@calfee.com

*Attorneys for Defendant Exact Care Pharmacy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich

2

4861-2832-4909, v.1